UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNLIMITED INVESTMENTS, INC.
t/a FRESH PRIME,

                              Plaintiff,

-against-

US FRESH CORP., JCJ MARKETER CORP., GONZALO JARAMILLO, DAVID A. JARAMILLO, ELIZABETH JARAMILLO and RALPH W. TEJEDA,

                              Defendants.

22 Civ. 2832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **April 19, 2022**, at **5:00 p.m.**, Plaintiff shall file a proposed preliminary injunction order and serve a copy of the proposed order upon Defendants by Federal Express or other nationally recognized overnight delivery service. By **April 21, 2022**, at **10:00 a.m.**, Plaintiff shall docket proof of service.

SO ORDERED.

Dated: April 18, 2022
        New York, New York

                                                  ANALISA TORRES
                                               United States District Judge